EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 186 |
| | |
| | 203 DPR _____ |
| María E. Santana Gutiérrez | |

Número del Caso: TS-14,279

Fecha: 26 de septiembre de 2019

Abogado de la Lcda. María E. Santana Gutiérrez:

     Por derecho propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|---|---|---|
| María E. Santana Gutiérrez | TS-14,279 | |

RESOLUCIÓN

San Juan, Puerto Rico, a 26 de septiembre de 2019.

Examinada la *Urgente solicitud de reconsideración y reinstalación*, presentada por la Sra. María E. Santana Gutiérrez, se provee ha lugar.

Por lo tanto, se instruye al Secretario del Tribunal a realizar el cambio de la Sra. María E. Santana Gutiérrez a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). La señora Santana Gutiérrez deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo